IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **DANIEL LOPEZ,** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 2:18-cv-430** |
| | § | |
| **CITY OF CORPUS CHRISTI, AND** | § | |
| **ALBERTO S. GONZALEZ, IN HIS** | § | |
| **OFFICIAL AND INDIVIDUAL CAPACITY,** | § | |
| **DEFENDANTS.** | § | **JURY TRIAL** |

### PLAINTIFF'S NOTICE OF INTENTION TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF ALBERTO S. GONZALEZ

To:   Defendant, Alberto S. Gonzalez by and through his attorney of record, Jessie J. Pritchett, Hilliard Martinez Gonzales, LLP, 719 S. Shoreline, Suite 500, Corpus Christi, Texas 78401.

Please take notice that Plaintiff, Daniel Lopez, will take the deposition of Alberto S. Gonzalez, beginning at 1:00 p.m. on Thursday, May 30, 2019, and continuing from day to day, if necessary, until complete, at the Law Office of Charles C. Smith, 615 N. Upper Broadway, Suite 1710, Corpus Christi, Texas 78401-0711.  Such deposition is taken pursuant to the Federal Rules of Civil Procedure before U.S. Legal Support Services.

Respectfully submitted,

*Charles C. Smith*
Charles C. Smith
State Bar No.: 18550210
Admission No.: 4312
615 N. Upper Broadway, Suite 1710
Corpus Christi, Texas 78401
Telephone No.: (361) 883-1055
Facsimile No.: (361) 883-4041
E-Mail: ccsmithlaw@aol.com

1

## CERTIFICATE OF SERVICE

I, Charles C. Smith, do hereby certify that a true and correct copy of foregoing *Plaintiff's Notice of Intention to Take the Oral and Videotaped Deposition of Alberto S. Gonzalez* has been forwarded upon the following counsel of record for Defendant on this, the 9th day of May, 2019:

***Via E-Service***
***and Via E-mail: jpritchett@hmglawfirm.com***
Jessica J. Pritchett
State Bar of Tex. No. 24102377
Federal ID No. 3070422
Hilliard Martinez Gonzales, LLP
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
Telephone:   (361) 882-1612
Facsimile:   (361) 882-3015
E-mail:      jpritchett@hmglawfirm.com

***Via E-Service***
***and Via E-mail: LiliaC@cctexas.com***
Lilia K. Castro
Assistant City Attorney
P.O. Box 9277
Corpus Christi, Texas 78469
Telephone: (361) 826-336-
Facsimile: (361) 826-3239

*Charles C. Smith*
Charles C. Smith