IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DANIEL LOPEZ, § | | |
|     PLAINTIFF, § | | |
| § | | |
| V. § | | CIVIL ACTION NO. 2:18-cv-430 |
| § | | |
| CITY OF CORPUS CHRISTI, AND § | | |
| ALBERTO S. GONZALEZ, IN HIS § | | |
| OFFICIAL AND INDIVIDUAL CAPACITY, § | | |
|     DEFENDANTS. § | | JURY TRIAL |

**DEFENDANT, CITY OF CORPUS CHRISTI'S
DESIGNATION OF EXPERT WITNESSES**

NOW COMES, the City of Corpus Christi, Defendant, in the above-entitled and numbered cause and file this its Designation of Expert Witnesses in accordance with the provisions of the Federal Rules of Civil Procedure and in such regard would show the Court as follows:

**I.**

**EXPERT WITNESSES**

Defendant designates the following persons as expert witnesses who may be called to testify at the trial of this cause.

A.  **DEFENDANT'S NON-RETAINED EXPERT WITNESSES**

Defendant hereby designates the following as experts in this cause of action:

    1.  **Captain William Abbott**
        **Corpus Christi Police Department – Internal Affairs Division**
        **City of Corpus Christi**
        **c/o Lilia K. Castro**
        **CITY OF CORPUS CHRISTI LEGAL DEPARTMENT**
        **P. O. Box 9277**
        **Corpus Christi, Texas 78469**
        **Telephone No.: (361) 826-3360**
        **Facsimile No.: (361) 826-3239**
        *Captain of the Internal Affairs Division.*

Captain Abbott will be called to testify as to policies and procedures.  He will also be called

to testify regarding the Department's General Rules Manual.  Captain Abbott has not been specially employed to offer an opinion in this case.

**2.     Captain James Lerma**
**Corpus Christi Police Department – Training Division**
**City of Corpus Christi**
**c/o Lilia K. Castro**
**CITY OF CORPUS CHRISTI LEGAL DEPARTMENT**
**P. O. Box 9277**
**Corpus Christi, Texas 78469**
**Telephone No.: (361) 826-3360**
**Facsimile No.: (361) 826-3239**
*Police Captain of the Training Division.*

Captain Lerma will be called to testify regarding the training of Corpus Christi Police Department officers.  He will also be called to testify as to policies and procedures. Captain Lerma has not been specially employed to offer an opinion in this case.

**B.     PLAINTIFF'S EXPERT WITNESSES:**

Defendant further designates as experts in this case any and all experts designated by the Plaintiff or who will be designated by the Plaintiff in this case.  Defendant does not adopt the opinions of the expert witnesses designated by any other party, but incorporate by reference those persons properly designated as experts by any other party for the purpose of cross-examination related to those areas which might be deemed to be expert testimony. The exact nature of the testimony, subject matter, mental impressions, and the facts known cannot be anticipated by Defendant prior to trial, but Defendant incorporates by reference as if set forth in full for all purposes any and all designations of expert witnesses by any other party in this case.  These experts may be called by way of cross-examination or as adverse witnesses.

Defendant also reserves the right to supplement with additional designations of experts within the time limits imposed by the Court or any alterations of same by subsequent Court Order or agreement of the parties, or pursuant to the Texas Rules of Civil Procedure and/or the Texas Rules of Evidence.

Defendant reserves the right to call non-designated rebuttal witnesses, whose testimony

cannot reasonably be foreseen until the presentation of the evidence.

Defendant reserves the right to withdraw the designation of any expert and to aver positively that any such previously designated expert will not be called as a witness at trial, and to re-designate same as a consulting expert, who cannot be called by opposing counsel.

Defendant reserves the right to elicit any expert opinion or lay opinion testimony at the time of trial which would be truthful, which would be of benefit to the jury to determine material issues of fact, and which would not be violative of any existing Court order or the Texas Rules of Civil Procedure.

Defendant reserves the right to use deposition testimony or ask questions at trial of any of the people who have or will be deposed in this case and whose testimony qualifies them with expertise in the areas inquired about.

Respectfully submitted,

**/s/ Lilia K. Castro**
**Lilia K. Castro**
**ASSISTANT CITY ATTORNEY**
State Bar I.D. No. 24072122
Fed. I.D. No. 1419334
ATTORNEY IN CHARGE FOR DEFENDANT
CITY OF CORPUS CHRISTI
LEGAL DEPARTMENT
P.O. Box 9277
Corpus Christi, Texas 78469-9277
Telephone: (361) 826-3360
Facsimile: (361) 826-3239
Email: Liliac@cctexas.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of the above and foregoing document was served electronically on the following Filing User(s), through the Notice of Electronic Filing, on this 28th day of May 2019:

***Via Electronic Filing and Service:***
Charles C. Smith
Law Office of Charles C. Smith
615 N. Upper Broadway, Suite 1710
Corpus Christi, Texas 78401

John B. Martinez
Jessica J. Pritchett
Hilliard Martinez Gonzales, LLP
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401

                    **By:**    **/s/ Lilia K. Castro**
                             **Lilia K. Castro**