IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DANIEL LOPEZ, | § § § § | |
| Plaintiff, | | |
| v. | § § § | CIVIL ACTION NO. 2:18-cv-00430 |
| CITY OF CORPUS CHRISTI, AND ALBERTO S. GONZALEZ, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, | § § § § § § | |
| Defendants. | § | |

**DEFENDANT OFFICER ALBERTO S. GONZALEZ'S DESIGNATION OF EXPERT WITNESSES**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW Defendant, ALBERTO S. GONZALEZ (hereinafter sometimes referred to as "Defendant Gonzalez", and files his Designation of Expert Witnesses in accordance with the Federal Rules of Civil Procedure as follows:

**I.**

**EXPERT WITNESSES**

Defendant Gonzalez designates the following persons as expert witnesses who may be called to testify at the trial of this cause.

**A.  DEFENDANT GONZALEZ'S NON-RETAINED EXPERT WITNESSES**

Defendant hereby designates the following as experts in this cause of action:

1.  **Captain William Abbott**
    **Corpus Christi Police Department – Internal Affairs Division**
    **City of Corpus Christi**
    **c/o Lilia K. Castro**
    **CITY OF CORPUS CHRISTI LEGAL DEPARTMENT**
    **P. O. Box 9277**

        **Corpus Christi, Texas 78469**
        **Telephone No.: (361) 826-3360**
        **Facsimile No.: (361) 826-3239**
        *Captain of the Internal Affairs Division.*

Captain Abbott has not been specially employed by Defendant Gonzalez to offer an opinion in this case. Captain Abbott has knowledge of the Department's General Rules Manual and CCPD policies and procedures.

**2.**      **Captain James Lerma**
        **Corpus Christi Police Department – Training Division**
        **City of Corpus Christi**
        **c/o Lilia K. Castro**
        **CITY OF CORPUS CHRISTI LEGAL DEPARTMENT**
        **P. O. Box 9277**
        **Corpus Christi, Texas 78469**
        **Telephone No.: (361) 826-3360**
        **Facsimile No.: (361) 826-3239**
        *Police Captain of the Training Division.*

Captain Lerma will be called to testify regarding the training of Corpus Christi Police Department officers. He will also be called to testify as to policies and procedures. Captain Lerma has not been specially employed to offer an opinion in this case.

**B.**      <u>**PLAINTIFF'S EXPERT WITNESSES**</u>

Defendant further designates as experts in this case any and all experts designated by the Plaintiff or who will be designated by the Plaintiff in this case. Defendant does not adopt the opinions of the expert witnesses designated by any other party, but incorporates by reference those persons properly designated as experts by any other party for the purpose of cross-examination related to those areas which might be deemed to be expert testimony. The exact nature of the testimony, subject matter, mental impressions, and the facts known cannot be anticipated by Defendant prior to trial, but Defendant Gonzalez incorporates by reference as if set forth in full for all purposes any and all designations of expert witnesses by any other party in this case. These experts may be called by way of cross-examination or as adverse witnesses.

Defendant also reserves the right to supplement with additional designations of experts

within the time limits imposed by the Court or any alterations of same by subsequent Court Order or agreement of the parties, or pursuant to the Texas Rules of Civil Procedure and/or the Texas Rules of Evidence.

Defendant Gonzalez reserves the right to call non-designated rebuttal witnesses, whose testimony cannot reasonably be foreseen until the presentation of the evidence.

Defendant Gonzalez reserves the right to withdraw the designation of any expert and to aver positively that any such previously designated expert will not be called as a witness at trial, and to re-designate same as a consulting expert, who cannot be called by opposing counsel.

Defendant Gonzalez reserves the right to elicit any expert opinion or lay opinion testimony at the time of trial which would be truthful, which would be of benefit to the jury to determine material issues of fact, and which would not be violative of any existing Court order or the Texas Rules of Civil Procedure.

Defendant Gonzalez reserves the right to use deposition testimony or ask questions at trial of any of the people who have or will be deposed in this case and whose testimony qualifies them with expertise in the areas inquired about.

Respectfully submitted,

By: /s/ John B. Martinez
John B. Martinez
State Bar No. 24010212
Federal Bar No. 23612
Email: john@hmglawfirm.com
Marion M. Reilly
State Bar No. 24079195
Federal ID No. 1357491
Email: marion@hmglawfirm.com
Jessica J. Pritchett
State Bar No. 24102377
Federal ID No. 3070422
Email: jpritchett@hmglawfirm.com

**HILLIARD MARTINEZ GONZALES, LLP**
719 S. Shoreline Blvd.
Corpus Christi, Texas 78411
Telephone: (361) 882-1612
Facsimile: (361) 882-3015 [Fax]

**ATTORNEY-IN-CHARGE FOR DEFENDANT**
**OFFICER ALBERTO S. GONZALEZ**

## NOTICE OF ELECTRONIC FILING

The undersigned counsel hereby certifies that he has electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Southern District of Texas on the 28th day of May, 2019.

*/s/ John B. Martinez*
JOHN B. MARTINEZ

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of May, 2019, a true and correct copy of the above and foregoing legal document was served electronically on the known Filing User listed below, through the Notice of Electronic Filing, as indicated below:

*Via Electronic Filing and Service*
Charles C. Smith
Law Office of Charles C. Smith
615 N. Upper Broadway, Suite 1710
Corpus Christi, Texas 78401

*Via Electronic Filing and Service*
Mark William DeKoch
Lilia Castro
City of Corpus Christi
P. O. Box 9277
Corpus Christi, Texas 78469-9277

*/s/ John B. Martinez*
JOHN B. MARTINEZ