IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DANIEL LOPEZ, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:18-cv-430 |
| | § | |
| CITY OF CORPUS CHRISTI, AND | § | |
| ALBERTO S. GONZALEZ, IN HIS | § | |
| OFFICIAL AND INDIVIDUAL CAPACITY, | § | |
|     DEFENDANTS. | § | JURY TRIAL |

## NOTICE OF WITHDRAWAL OF SETTLEMENT

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

NOW COMES Plaintiff Daniel Lopez and Defendants City of Corpus Christi and Alberto S. Gonzalez by and through their undersigned attorneys-in-charge, and file this Notice of Withdrawal of Settlement. The Parties were, unfortunately, unable to reach an agreement. Plaintiff, Daniel Lopez, hereby requests the Court to withdraw the Notice of Settlement filed July 1, 2019. Defendants further request an in-person Status Conference at the Court's earliest convenience to discuss reissuance of a Scheduling Order to allow the parties to file dispositive motions and begin trial preparation, if needed.

    Respectfully submitted,

**By:**    **/s/ Lilia K. Castro**
    **Lilia K. Castro**
    ASSISTANT CITY ATTORNEY
    State Bar I.D. No. 24072122
    Fed. I.D. No. 1419334
    ATTORNEY IN CHARGE FOR DEFENDANT
    CITY OF CORPUS CHRISTI
    LEGAL DEPARTMENT
    P.O. Box 9277
    Corpus Christi, Texas 78469-9277
    Telephone: (361) 826-3360
    Facsimile: (361) 826-3239
    Email: Liliac@cctexas.com

2

    **By:**  **/s/ John B. Martinez**
       **John Martinez**
       State Bar No. 24010212
       Federal Bar No. 23612
       Email: john@hmglawfirm.com
       Marion Reilly
       State Bar No. 24079195
       Federal ID No. 1357491
       Email: marion@hmglawfirm.com
       Jessica J. Pritchett
       State Bar No. 24102377
       Federal ID No. 3070422
       Email: jpritchett@hmglawfirm.com

       **HILLIARD MARTINEZ GONZALES, LLP**
       719 S. Shoreline Blvd.
       Corpus Christi, Texas 78411
       Telephone: (361) 882-1612
       Facsimile: (361) 882-3015 [Fax]

    **By:**  **/s/ Charles C. Smith**
       **Charles C. Smith**
       State Bar No. 18550210
       Admission No. 4312
       615 N. Upper Broadway,
       Wells Fargo Bank Tower, Suite 1710
       Corpus Christi, Texas 78401-0711
       Telephone: (361) 883-1055
       Facsimile: (361) 883-4041
       Email: ccsmithlaw@aol.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of the above and foregoing document was served electronically on the following Filing User(s), through the Notice of Electronic Filing, on this 8th day of August, 2019:

***Via Electronic Filing and Service:***
Charles C. Smith
Law Office of Charles C. Smith
615 N. Upper Broadway, Suite 1710
Corpus Christi, Texas 78401

John B. Martinez
Jessica J. Pritchett
Hilliard Martinez Gonzales, LLP
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401

                                                **/s/ Lilia K. Castro**
                                                **Lilia K. Castro**