IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
**ENTERED**
November 04, 2019
David J. Bradley, Clerk

| | |
|---|---|
| DANIEL LOPEZ, § | |
|    PLAINTIFF, § | |
| § | |
| V. § | CIVIL ACTION NO. 2:18-cv-430 |
| § | |
| CITY OF CORPUS CHRISTI, AND § | |
| ALBERTO S. GONZALEZ, IN HIS § | |
| OFFICIAL AND INDIVIDUAL CAPACITY, § | |
|    DEFENDANTS. § | JURY TRIAL |

## ORDER GRANTING DEFENDANT, CITY OF CORPUS CHRISTI'S UNOPPOSED MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE

On this date, came on to be heard Defendant's Unopposed Motion to Extend Dispositive Motion Deadline, and the Court, having considered same, finds that the Motion should in all things be GRANTED.

IT IS THEREFORE ORDERED that Defendant's Motion is GRANTED.

IT IS FURTHER ORDERED that the dispositive motion deadline in this case be extended until the 4th day of November, 2019.

SIGNED on this _____ day of ____11/4/19____, 2019.

_____
UNITED STATES DISTRICT JUDGE